### No. 124

### NATIONAL CITY BANK v. CAMP

#### Summit County Appeals

#### No. 42.   Dec. 20, 1922

**CONSTRUCTION OF MORTGAGES—(1) Provisions requiring maturing of note upon failure to pay interest or taxes to be construed literally— (2) Provisions waiving notice of option to be construed literally.**

This opinion has not been published elsewhere.

Per Curiam:

Camp sold his farm to one Houston, receiving, beside other consideration, two notes maturing five and ten years from date respectively. The mortgage securing said notes provided that the principal should become due at the option of Camp on failure of Houston to pay promptly the interest on the notes and the taxes on the farm. A provision of said mortgage also waived notice of such option by Camp. The interest was not paid punctually on several occasions, but Camp accepted payment until on January 1, 1922, when he refused to accept payment of overdue interest. Taxes for the year were also unpaid and Camp filed a petition for foreclosure, accounting and equitable relief.
Held:

1. Provisions in a mortgage that the notes secured by said mortgage shall become due upon failure of mortgagor to pay promptly interest on note and taxes on land shall be construed literally.

2. Provisions in a mortgage waiving notice of the exercise of an option to foreclose when interest and taxes are delinquent gives payee right to elect to have amount unpaid become due immediately without notice. Filing of suit is sufficient notice of the election of mortgagee.

Attorneys—Benner, Harter, Walker & Waters, for bank; J. V. Keeler and Frank Woods, for Camp.